UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20110-CR-GAYLES/GOODMAN

UNITED STATES OF AMERICA

v.

BAYRON BENNETT, et al.,

        **Defendants.**
_____/

## PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY AND SENSITIVE INFORMATION CONTAINED THEREIN

The United States of America, having applied to this Court for a protective order regulating disclosure of the discovery materials and the sensitive information contained therein (the "Discovery") to defense counsel in connection with the United States' discovery obligations, and the Court finding good cause therefor:

**IT IS HEREBY ORDERED** that the United States's Motion for Protective Order Regulating Disclosure of Discovery Information is **GRANTED**;

**IT IS FURTHER ORDERED** that the United States is authorized to disclose the Discovery in its possession, which the United States believes is necessary to comply with the discovery obligations imposed by this Court;

**IT IS FURTHER ORDERED** that counsel of record for the defendants shall hold the Discovery produced pursuant to this Order in strict confidence. Therefore, defense counsel shall restrict access to the Discovery, and shall disclose the Discovery to his or her client, office staff, investigators, and to anticipated fact or expert witnesses only to the extent that defense counsel believes is necessary to assist in the defense of his client in this matter;

**IT IS FURTHER ORDERED** that the defendants shall not contact persons identified in the materials, either through direct contact, telephone or electronic communications, or through an intermediary, except through the lawful actions of defense counsel and their employees. The defendants may contact personal associates identified in the discovery materials to the extent they are not witnesses to the alleged crimes;

**IT IS FURTHER ORDERED** that counsel of record for the defendants shall advise any person to whom the Discovery is disclosed that such information should be held in strict confidence and that further disclosure or dissemination is prohibited without defense counsel's express consent; and

**IT IS FURTHER ORDERED** that counsel of record for the defendants shall obtain a certification from each person to whom the Discovery is disclosed, in which the recipient; (a) acknowledges the restrictions set forth in this Protective Order, and (b) agrees that he/she will not disclose or disseminate the information without the express consent of defense counsel. Counsel shall keep a copy of each certification to identify the individuals who received the Discovery and the date on which such information was first disclosed.

**DONE AND ORDERED** in chambers at Miami, Florida, this 22nd day of April, 2024.

_____
HONORABLE DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record