UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20110-CR-GAYLES/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL JOSE DULFO, *et. al.*,

    Defendant(s).

_____/

### DEFENDANT DULFO'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE

COMES NOW the Defendant, MICHAEL JOSE DULFO by and through undersigned counsel, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.,* and Rule 7.1 of the Local Rules of the Southern District of Florida and moves this Honorable Court to grant his unopposed motion to continue the trial date. In support of the motion, the Defendant states:

    1.    MICHAEL JOSE DULFO (Defendant/Mr. Dulfo) is charged by indictment with conspiracy to commit stalking, stalking, use of interstate facility in aid of racketeering, arson, and the use of fire in furtherance of a felony. (DE 24).

    2.    This Honorable Court has set trial for Monday, July 15, 2024, at 9 a.m., and this Court also set a calendar call for Wednesday, July 10, 2024, at 9:30 a.m. (DE 44).

    3.    The discovery in the instant case as to all defendants is voluminous, and the Defendants will still need additional time to review the discovery and be adequately prepared for trial.

    4.    Undersigned counsel also has prepaid vacation on a cruise that departs on July 13,

2024, and the undersigned will not return to the country until July 28, 2024.

5. To be adequately prepared for trial, Mr. Dulfo is seeking an additional 45-day delay of the presently scheduled trial period. This is the second request for a trial continuance in this case.

6. After consulting with Mr. Dulfo, the undersigned affirms that Mr. Dulfo waives his right to a speedy trial, and Mr. Dulfo submits that the interests of justice served by a continuance outweigh the interests of the public and the Defendant to a speedy trial. He further submits and acknowledges that the period of the delay resulting from the date this motion continuance is filed up until the trial date is excludable time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7).

6. The undersigned has conferred with Attorneys Dennis Gonzalez, Jr. (counsel for Defendant Bayron Bennett), Kate Taylor (counsel for Defendant Jerren Keith Howard), and Robyn Blake (counsel for Defendant Edner Etienne), all of whom represented that they are unopposed and join this motion to continue.

6. Undersigned counsel also conferred with Assistant United States Attorneys Ignacio Vazquez, Jr. and Brian Dobbins, and Mr. Vazquez and Mr. Dobbins stated that the government is unopposed to the proposed delay.

7. This motion is filed in absolute good faith and not for purposes of trivial delay nor to simply frustrate the prosecution of this matter.

8. A proposed Order is also filed with this motion, and a copy is being sent separately to chambers in Word format.

WHEREFORE, Defendant Michael Jose Dulfo and his co-defendants, through their respective counsel, respectfully request that this Honorable Court grant the instant motion and continue the presently scheduled trial date and calendar call.

Respectfully submitted,

**PAUL J. DONNELLY, P.A.**
21 N.W. 1st Avenue
Suite 7
Dania Beach, FL 33004
Tel: 305-757-3331
Mobile: 786-258-4226
donnellylaw@bellsouth.net

/s/ /Paul J. Donnelly/
PAUL J. DONNELLY
Florida Bar No. 963895

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __26th__ day of June 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and a copy was sent via U.S. mail to Defendant Michael Dulfo. All parties to the instant case were served with this motion by being recipients to filings in this case via CM/ECF.

/s/ /Paul J. Donnelly/
PAUL J. DONNELLY