UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

          CASE NO. 24-20110-CR-GAYLES

    Plaintiff

vs.

MICHAEL JOSE DULFO, *et. al.*,

    Defendant(s)

_____/

### **ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL**

This matter having come before the Court on Defendant's Unopposed Motion for Trial Continuance. After due consideration, it is:

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing _____ at 9:00 A.M., or as soon thereafter as the case may be called.

**ALL COUNSEL** shall report to the Calendar Call to be held on _____. It being further ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(7), and this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the Defendants in a speedy trial.

DONE AND ORDERED this _____ day of June 2024 in Miami, Florida.

                              _____
                              DARRIN P. GAYLES
                              UNITED STATES DISTRICT JUDGE